UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETZ WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>SUPERIOR COURT JURY SERVICES, et al.,<br><br>  Defendants. | Case No. 24-cv-01344-TSH<br><br>**ORDER TO SHOW CAUSE** |

Pending before the Court is Defendant Superior Court of California's motion to dismiss. ECF No. 17. Plaintiff Bretz Washington failed to file an opposition in compliance with Civil Local Rule 7. The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court hereby **VACATES** the August 22, 2024 noticed hearing date and **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by August 7, 2024 and simultaneously file either an opposition in compliance with Civil Local Rule 7-3(a) or a statement of nonopposition in compliance with Local Rule 7-3(b). If Plaintiff files an opposition, Defendant may file any reply within seven days of its entry in ECF.

<u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 26, 2024

THOMAS S. HIXSON
United States Magistrate Judge